Certificate Number: 05781-PAM-DE-032801328

Bankruptcy Case Number: 19-01430


05781-PAM-DE-032801328

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>May 10, 2019</u>, at <u>1:34</u> o'clock <u>PM PDT</u>, <u>Frances Canderozzi</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>May 10, 2019</u>

By: <u>/s/Allison M Geving</u>

Name: <u>Allison M Geving</u>

Title: <u>President</u>