```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 19-01430-RNO
Frances Marie Canderozzi                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5         User: CourtneyG         Page 1 of 1              Date Rcvd: May 15, 2019
                             Form ID: ntcnfhrg       Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2019.
```
db              +Frances Marie Canderozzi,    8 Canterbury Main,    East Stroudsburg, PA 18301-8453
5194943         +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                  6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
5182511         +Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
5182513          Laboratory Corp of America,    P.O. Box 2240,    Burlington, NC 27216-2240
5182516         +MRS BPO, LLC,    1930 Oley Ave,    Cherry Hill, NJ 08003-2016
5182514         +Medical Imaging of Lehigh Valley,    2 Meridian Blvd,    3rd Floor,    Wyomissing, PA 19610-3202
5182515         +Mountain Valley Orthopedics,    P.O. Box 14123,    Belfast, ME 04915-4032
5182517         +Pocono Medical Center,    206 East Brown Street,    East Stroudsburg, PA 18301-3094
5182518          Pocono Medical Center,    P.O. Box 822009,    Philadelphia, PA 19182-2009
5182519          Progressive Physician Assoc.,    P.O. Box 678398,    Dallas, TX 75267-8398
5193970         +Quicken Loans Inc.,    635 Woodward Avenue,    Detroit, MI 48266-0001
5182521         +St Lukes University Health Network,    PO Box 788187,    Philadelphia, PA 19178-8187
5182522          Trans-Continental Credit & Collect,    P.O. Box 5055,    White Plains, NY 10602-5055
5182523         +Transworld Systems Inc,    PO Box 17221,    Wilmington, DE 19850-7221
5182524         +Weltman Weinberg & Reis Co., L.P.A.,    170 S. Independence Mall W.,    Suite 874W,
                  Philadelphia, PA 19106-3334
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5182512          E-mail/Text: mrdiscen@discover.com May 15 2019 19:17:29      Discover Fincl Svc LLC,
                  P.O. Box 15316,    Wilmington, DE 19850-5316
5185052          E-mail/Text: mrdiscen@discover.com May 15 2019 19:17:29      Discover Bank,
                  Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
5184970          E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 15 2019 19:17:49       Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                  Harrisburg, PA 17128-0946
5182520         +E-mail/Text: bankruptcyteam@quickenloans.com May 15 2019 19:18:01       Quicken Loans,
                  1050 Woodward Avenue,    Detroit, MI 48226-1906
                                                                                              TOTAL: 4
```

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              Timothy B. Fisher, II    on behalf of Debtor 1 Frances Marie Canderozzi
               donna.kau@pocono-lawyers.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| Frances Marie Canderozzi, | Chapter | 13 |
| --- | --- | --- |
| **Debtor 1** | | |
| | Case No. | 5:19–bk–01430–RNO |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **June 19, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: June 26, 2019 Time: 09:30 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court 274 Max Rosenn U.S. Courthouse 197 South Main Street Wilkes–Barre, PA 18701 (570) 831–2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: CourtneyGabriel, Deputy Clerk |
| --- | --- |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: May 15, 2019 |

ntcnfhrg (03/18)