**LOCAL BANKRUPTCY FORM 3020-1**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**IN RE:**

Frances Marie Canderozzi

**CHAPTER 11**

**CASE NO.** 5 - 19 -bk- 01430-RNO

**Debtor(s)**

**CHAPTER 11 INDIVIDUAL DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION DOMESTIC SUPPORT OBLIGATIONS**

*If a joint petition is filed, each spouse must complete and file a separate certification.*

I, Timothy B. Fisher, II, upon oath or affirmation, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on July 24, 2019.

2. That all post-petition amounts required to be paid under any and all Domestic Support Obligations have been paid as required by 11 U.S.C. § 1129(a)(14).

3. If this Certification is being signed by counsel for Debtor, that the Debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment for perjury.

DATED: 07/17/2019       BY: /s/ Timothy B. Fisher, II
                            Counsel for Debtor

DATED: _____  BY: _____
                            Debtor

Case 5:19-bk-01430-RNO    Doc 22    Filed 07/17/19    Entered 07/17/19 08:18:48    Desc
Main Document    Page 1 of 1