United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 19-01430-RNO
Frances Marie Canderozzi  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 1
Date Rcvd: Jan 13, 2021     Form ID: pdf010     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2021:**

**Recip ID**     **Recipient Name and Address**
+   Kelly Neetz, Realty Executives, 31 W. First Street, Wind Gap, PA 18091-1597

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2021 at the address(es) listed below:

**Name**     **Email Address**

Charles J DeHart, III (Trustee)
    TWecf@pamd13trustee.com

James Warmbrodt
    on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com

Rebecca Ann Solarz
    on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com

Timothy B. Fisher, II
    on behalf of Debtor 1 Frances Marie Canderozzi donna.kau@pocono-lawyers.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **Frances Marie Canderozzi** | : | |
| Debtors | : | CASE NO. 5:19-bk-01430 RNO |
| | : | |

**ORDER**

Upon consideration of the motion of the Debtor, Frances Marie Canderozzi, through her counsel, Timothy B. Fisher, II; it is hereby ORDERED that the Motion for Use of a Professional Realtor in the above-captioned case is hereby GRANTED.

\* Execution of this Order approving employment is not a guarantee that payment will ultimately be approved in any amount from the estate. Such compensation is dependent on the consideration of a final application for fees. *In re Engel*, 124 F.3d 567 (3rd Cir. 1997).

Dated: January 13, 2021

By the Court,

*Robt N. Opel II* (signature)

Robert N. Opel, II, Bankruptcy Judge (PR)